IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EON JORDAN,

                Petitioner,

     v.

ERIC HOLDER, et al.,

                Respondents.

NO. C09-4777 TEH

ORDER REQUIRING JOINT STATEMENT

     Petitioner Eon Jordan filed a petition for writ of habeas corpus on October 7, 2009. The government filed a return on November 27, 2009, and a status report on March 10, 2010, indicating that the Board of Immigration Appeals dismissed Jordan's appeal on January 20, 2010. Jordan has not filed any papers since filing the petition.

     IT IS HEREBY ORDERED that the parties shall meet and confer and file a joint statement, on or before **April 26, 2010,** discussing the status of this case, including whether Jordan remains in custody, and proposing a timetable by which to resolve this matter. No appearances shall be necessary unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 04/15/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT