1  Love Macione [CA Bar No: 200538]
   Saad Ahmad [MA Bar No: 646745]
2  SAAD AHMAD & ASSOCIATES
   39159 Paseo Padre Parkway, Suite 307
3  Fremont, CA 94538
   Telephone: (510) 713-9847
4  Fax: (510) 713-9850

5  Attorney for Petitioner: Eon Jordan

             UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
             SAN FRANCISCO DIVISION
7

8  Eon Jordan                                )
                                              )
9           Petitioner,                       )
                                              )
10  v.                                        )   No.: C 09-4777 TEH
                                              )
11  ERIC HOLDER, U.S. Attorney General        )
    JANET NAPOLITANO, Secretary of the        )   MOTION FOR VOLUNTARY
12  Department of Homeland Security;          )   DISMISSAL OF PETITION
    TIMOTHY AITKEN, Field Director of         )
13  Detention and Removal of Immigration      )
    & Custom Enforcement;                     )
14  STEVEN DURFAR, Chief of Corrections,      )   Immigration File No: 038-621-820
    Yuba County Jail                          )
15                                            )
            Respondents                       )
16  _____)

17

18    Petitioner, Eon Jordan (hereinafter "Petitioner"), by and through his undersigned

19  counsel, hereby voluntarily and respectfully request that this Honorable Court dismiss his

20  petition for a writ of habeas corpus.

21

22

23  Dated: 04/23/2010                          Respectfully submitted

24
                                               _s/_Love Macione_____
25                                             Love Macione
                                               Attorney for Petitioner
26

27

28



IT IS SO ORDERED
Judge Thelton E. Henderson
04/26/10

1